UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUIS DE LA ROSA ORTIZ, et al. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | Civil No. H-02-4012 |
| | § | |
| RAIN KING, INC. | § | |
| | § | |
| | § | |
| Defendants. | § | |

United States Courts
Southern District of Texas
ENTERED

APR 2 5 2003

Michael N. Milby, Clerk of Court

ORDER

In light of delays in producing court-ordered information an extension of the opt-in period is warranted. The Court also agrees that alternative means of providing notice are warranted. Accordingly, Plaintiff may post the Notice of Rights previously approved by this Court at each labor pool location used by Rain King during the past three years. However, the Notice of Rights shall be revised to allow potential plaintiffs until May 15, 2003 to join this litigation.

Signed this 25th day of April, 2003, at Houston, Texas.

NANCY K. JOHNSON
UNITED STATES MAGISTRATE JUDGE