UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

SEP 1 2 2003

Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| LUIS DE LA ROSA ORTIZ, | § | |
| *Plaintiff* | § | |
| | § | CIVIL ACTION NO. H-02-4012 |
| v. | § | |
| | § | |
| R K S RAIN KING, INC. and | § | JURY TRIAL DEMANDED |
| CHARLES W. POUNDS, | § | |
| *Defendants* | § | |

## ORDER GRANTING UNOPPOSED APPLICATION FOR ATTORNEYS' FEES AND BILL OF COSTS

Before the Court is Plaintiff's Unopposed Application for Attorneys' Fees and Bill of Costs. Upon reviewing the same, the Court has: (1) ascertained the nature and extent of the services provided; (2) valued the services provided according to the customary fee and quality of the legal work; and (3) adjusted the fee on the basis of any other significant factors in this particular case. On the foregoing basis and in accordance with the Final Agreed Judgment signed and entered on August 4, 2003, the Court is of the opinion that the attorneys' fees requested are reasonable and necessary.

It is, therefore, ORDERED that Plaintiff, Luis de la Rosa Ortiz, shall have and recover from Defendant, R K S Rain King, Inc., the amount of $15,252.75 as attorneys' fees. Further, Plaintiff, Luis de la Rosa Ortiz, shall have and recover from Defendant, R K S Rain King, Inc., the amount of $854.89 as taxable costs of court.

Signed in Houston, Texas, this 11th day of September, 2003.

NANCY K. JOHNSON
UNITED STATES MAGISTRATE JUDGE